EDMUND KILROY and MAY KILROY, Respondents, v. THE NEWS SYNDICATE Co. INC., Appellant.—Action to recover damages for libel. Order granting in part plaintiff's motion to strike certain defenses from defendant's amended answer, in so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve a second amended answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

DAVID LIND, Appellant, v. ASTOR COURT APARTMENTS, INC., and FOREST HILL APARTMENTS, INC., Respondents.— In an action to recover commissions alleged to have been earned by plaintiff, a real estate broker, order vacating and setting aside warrants of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston and Taylor, JJ., concur; Hagarty and Close, JJ., dissent and vote to reverse the order and to deny the motion to vacate the attachments on the ground that the papers are sufficient.

MINNIE MANCHIK, Respondent, Appellant, v. PINELAWN CEMETERY, Respondent, and TOWN OF BABYLON, Appellant.— Judgment, in so far as appealed from, unanimously affirmed, with costs to plaintiff, payable by defendant Town of Babylon, and with costs to defendant Pinelawn Cemetery, payable by plaintiff. In this action to determine the claim to title of real property, section 132 of the Tax Law constituted a sufficient bar to the assertion by defendant town of a title superior to plaintiff's. Since defendant cemetery had neither actual nor constructive notice of the tax sales upon which plaintiff bases her claim to title, the Statute of Limitations contained in said section of the Tax Law did not commence to run against it within five years prior to the commencement of the action, and defendant cemetery proved that it had title to the land in dispute. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

ADAM METZ, JR., and Others, Respondents, v. MICHAEL METZ and JACOB METZ, Individually and as Executors, etc., of ADAM METZ, Deceased, and as Trustees for the Benefit of WILLIAM METZ under the Last Will and Testament of ADAM METZ, Deceased, Appellants, and Others, Defendants.— In an action in equity, brought by three of the residuary legatees of the will of Adam Metz, deceased, for the purpose of procuring a judgment setting aside certain transfers by the executors of that will to the defendant corporations, respectively, of testator's roller skating business and the real estate upon which it was conducted, and for other relief, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.